The Honorable Robert J. Bryan

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| MARGARET L. DIBB, individually and on behalf of others similarly situated,<br><br>             Plaintiff,<br><br>     v.<br><br>ALLIANCE ONE RECEIVABLES MANAGEMENT, INC.<br><br>             Defendants. | Case No.: 3:14-cv-05835-RJB<br><br>**PROPOSED ORDER ON ALLIANCE ONE'S MOTION FOR SUMMARY JUDGEMENT** |

THIS MATTER came before the Court on Alliance One Receivables Management, Inc.'s Motion to For Summary Judgment. Having reviewed the parties' submissions in support of and in opposition to the motion, the Court finds that an order granting summary judgment is not appropriate under Fed. R. Civ. P. 56.

WHEREFORE, Alliance One Receivables Management, Inc.'s motion is hereby DENIED.

   //

   //

   //

   //

PROPOSED ORDER ON ALLIANCE ONE'S MOTION FOR SUMMARY JUDGMENT -1

Northwest Consumer Law Center
520 EAST DENNY WAY
SEATTLE, WASHINGTON 98122
(206) 805-0989
FAX (866) 526-9994

NW CONSUMER LAW CENTER
A Non-Profit Law Firm Advocating for Rights of the Consumer

DATED this _____ day of _____, 2015.

_____
UNITED STATES DISTRICT JUDGE

Presented by:

*/s/ Kathleen Box*
Kathleen Box – WSBA # 45254
Attorney for Plaintiff
Northwest Consumer Law Center
520 East Denny Way
Seattle, WA 98122
Phone:     (206) 805-0989
Fax:         (206) 299-9337
E-mail:     Katy@NWCLC.org

*/s/ Samuel R. Leonard*
Samuel R. Leonard, WSBA # 46498
Attorney for Plaintiff
3423 35th Ave SW
Seattle, WA 98126
E-mail:     srleonard266@hotmail.com

*/s/ Paul Arons*
Paul Arons, WSBA # 47599
Law Office of Paul Arons
685 Spring Street, #104
Friday Harbor, WA 98250
Phone:     (360) 378-6496
Fax:         (360) 378-6498
E-mail:     lopa@rockisland.com

*/s/ David A. Leen*
David A. Leen – WSBA # 3516
Attorney for Plaintiff
Leen & O'Sullivan, PLLC
520 East Denny Way
Seattle, WA 98122
Phone:     (206) 325-6022
Fax:         (206) 325-1424
E-mail:     david@leenandosullivan.com

PROPOSED ORDER ON ALLIANCE ONE'S MOTION FOR SUMMARY JUDGMENT -2

Northwest Consumer Law Center
520 EAST DENNY WAY
SEATTLE, WASHINGTON 98122
(206) 805-0989
FAX (866) 526-9994

NW CONSUMER LAW CENTER
*A Non-Profit Law Firm Advocating for Rights of the Consumer*

**Certificate of Service**

I hereby certify that on the date given below, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send electronic notification of such filing to the following persons:

Elizabeth K Morrison
Attorney for Defendant
Email: EMorrison@GordonRees.com

Jeffry Bilanko
Attorney for Defendant
Email: JBilanko@GordonRees.com

DATED this 9th day of March, 2015, at Seattle, Washington.

/s/ Kathleen Box
Kathleen Box, WSBA # 45254
Leen and O'Sullivan

PROPOSED ORDER ON ALLIANCE ONE'S MOTION FOR SUMMARY JUDGMENT -3



Northwest Consumer Law Center
520 EAST DENNY WAY
SEATTLE, WASHINGTON 98122
(206) 805-0989
FAX (866) 526-9994