# Appendix A

**IF YOU RECEIVED A NOTICE OF DISHONOR OF CHECK LETTER FROM ALLIANCEONE RECEIVABLES MANAGEMENT, INC., PLEASE READ THIS NOTICE — IT MAY AFFECT YOUR RIGHTS.**

AllianceOne collects checks for many government entities and private companies. When collecting checks, AllianceOne sends a Notice of Dishonor of Check form as part of its first collection letter to the check writer. In *Dibb, et al. v. AllianceOne Receivables Management, Inc.*, No. 3:14-CV-05835-RJB, filed in federal court in Tacoma, WA, Plaintiffs claim that the Notice of Dishonor of Check form does not comply with state law and that AllianceOne is violating federal and state law by using this Notice of Dishonor of Check form. Plaintiffs are also asking the Court to order AllianceOne to pay back all the fees that it has collected from check writers, along with other monetary and injunctive relief. The Court decided this lawsuit should be certified as a class action on behalf of a group of people that could include you. The Court has not decided whether the Class or Defendant is right. This notice summarizes your rights and options before an upcoming trial. More information is in a detailed notice available at the website below.

**Why did I receive this Notice?** You received this notice in the mail because AllianceOne records show that you are one of the people to whom it sent the Notice of Dishonor of Check form that is the subject of this lawsuit.

**Your rights and options?** You have the right to exclude yourself from the lawsuit, or do nothing and remain as a member of the Class. You also have the right to be represented in the lawsuit by your own attorney. If you stay in the Class, you will be legally bound by all orders and judgments of the Court, and you won't be able to sue, or continue to sue AllianceOne as part of any other lawsuit for violations arising out of the same facts as this case. If money or benefits are obtained, you will be notified about how to get a share. To stay in the Class you don't have to do anything now. If you ask to be excluded from the Class, you cannot get any money or benefits from the lawsuit if they are awarded, but you will keep any right to sue Defendant for these claims, now or in the future and will not be bound by any judgments of the Court. To ask to be excluded, send a letter to Terrell Marshall Law Group, 936 N. 34th Street, Suite 300, Seattle, Washington 98103, postmarked by April 15, 2016 that says you want to be excluded from *Dibb, et al. v. AllianceOne Receivables Management, Inc.* Include your name, address, and telephone number. **This is only a summary of your rights**. FOR MORE INFORMATION go to *www.AllianceOneClassAction.com* or call **1-[NUMBER]-TOLL FREE**.

*www.AllianceOneClassAction.com*         **1-[NUMBER]-TOLL FREE**