THE HONORABLE ROBERT J. BRYAN

1

2

3

4

5

6

7

U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

8

9

10

MARGARET DIBB, SHAUNA OVIST,
WENDY GONDOS, and TAMARA MORGAN,
on behalf of themselves and on behalf of others
similarly situated,

NO. 3:14-CV-05835-RJB

11

Plaintiffs,

**DECLARATION OF ERIKA L.
NUSSER IN SUPPORT OF
PLAINTIFFS' MOTION TO
APPROVE ATTORNEYS' FEES AND
COSTS, AND SERVICE AWARDS**

12

vs.

13

14

ALLIANCEONE RECEIVABLES
MANAGEMENT, INC.,

15

Defendant.

16

17

18

I, Erika L. Nusser, declare as follows:

19

20

1.      I am an associate at the Terrell Marshall Law Group PLLC ("TMLG") and

counsel of record for Plaintiffs in this matter. I have personal knowledge of the facts set for in

21

this declaration. I am submitting this declaration in support of Plaintiffs' Motion to Approve

22

Attorneys' Fees and Costs, and Service Awards.

23

2.      Discovery in this case was hard fought. Class counsel propounded six sets of

24

written discovery and served one subpoena duces tecum to AllianceOne's third-party mailing

25

vendor. Class counsel's written discovery, included discovery designed to elicit information

26

regarding AllianceOne's policies and practices, the form letters AllianceOne used when

27

DECLARATION OF ERIKA L. NUSSER IN SUPPORT OF
PLAINTIFFS' MOTION TO APPROVE ATTORNEYS'
FEES AND COSTS, AND SERVICE AWARDS - 1
CASE NO. 3:14-CV-05835-RJB

**TERRELL MARSHALL LAW GROUP PLLC**
936 North 34th Street, Suite 300
Seattle, Washington  98103-8869
TEL. 206.816.6603 • FAX 206.319.5450
www.terrellmarshall.com

1  collecting fees on alleged unpaid checks, and electronic records that AllianceOne maintained

2  documenting its collection efforts. Class counsel conducted two Rule 30(b)(6) depositions and

3  five depositions of AllianceOne employees, and also deposed an agent from AllianceOne's

4  third-party mailing vendor located in Troy, Michigan. Class counsel also reviewed tens of

5  thousands of pages of documents and analyzed AllianceOne's electronic data.

6       3.     AllianceOne also propounded written discovery to each of the four original

7  named Plaintiffs – Margaret Dibb, Shauna Ovist, Samantha Mason, and Wendy Gondos – and

8  took their depositions.

9       4.     Class counsel interviewed many other Washington consumers from whom

10  AllianceOne collected Check Fees to which it was not entitled.

11      5.     On October 26, 2016, Class counsel filed a state court action against

12  AllianceOne on behalf of Ms. Morgan and all other individuals against whom AllianceOne had

13  obtained a judgment – *Morgan v. AllianceOne Receivables Management, Inc.*, King County

14  Superior Court Case No. 16-2-26246-5 SEA (the "State Court Action"). The State Court Action

15  alleged many of the same violations alleged by the Plaintiffs in this action

16      6.     On December 21, 2016 and February 15, 2017, the parties participated in two

17  full-day mediations held before respected mediator, Louis Peterson. During the first day of

18  mediation, AllianceOne indicated its desire to include the proposed class members in the State

19  Court Action brought by Ms. Morgan in any settlement. Plaintiffs agreed because AllianceOne

20  had provided collection data for the members of the State Court Action and Plaintiffs were

21  therefore able to determine the damages owed to the members of that proposed class. Plaintiffs

22  pragmatically considered Defendant's positions regarding reasonable handling fees and their

23  form of NODs, and realistically considered the risks inherent in any trial.

24      7.     By the end of the first day of mediation, the parties had not reached agreement;

25  however, they agreed to continue negotiations with Mr. Peterson's assistance. Mr. Peterson

26  made a mediator's proposal with respect to the monetary terms, which the parties ultimately

27

DECLARATION OF ERIKA L. NUSSER IN SUPPORT OF
PLAINTIFFS' MOTION TO APPROVE ATTORNEYS'
FEES AND COSTS, AND SERVICE AWARDS - 2
CASE NO. 3:14-CV-05835-RJB

**TERRELL MARSHALL LAW GROUP PLLC**
936 North 34th Street, Suite 300
Seattle, Washington  98103-8869
TEL. 206.816.6603 • FAX 206.319.5450
www.terrellmarshall.com

1   accepted on December 23, 2016.

2       8.      The parties engaged in additional negotiations to hammer out the details of a

3   written agreement, but were unable to agree on the non-monetary class relief.

4       9.      The parties returned for a second full day of mediation on February 15, 2017, to

5   negotiate the non-monetary terms of the settlement.

6       10.     The parties finally reached agreement and continued to work on the written

7   agreement over the next several weeks, resulting in a final agreement signed by all parties on

8   March 17, 2017. *See* Dkt. # 207-1.

9       11.     All of the parties' settlement negotiations have been non-collusive and at arm's

10  length. The parties have reached a class action settlement in this case that Plaintiffs and their

11  counsel believe is fair, adequate, reasonable, and in the best interests of the Class.

12      12.     The notice and settlement administration costs are estimated to be $50,000.

13      13.     AllianceOne also agreed not to collect approximately $500,000 in Check Fees

14  on Class Member Accounts that have not already been paid. The total value of the Settlement is

15  therefore estimated to be more than $2,450,000.

16      14.     Class members will each receive a payment of more than 100% of the Check

17  Fees they paid to AllianceOne. In addition, all FDCPA Sub-Class Members will receive a

18  payment of $40, representing FDCPA statutory damages.

19      15.     In total, Class counsel dedicated more than 1,578 hours to the investigation,

20  development, litigation, and resolution of this case. And, as in every case, Class counsel will

21  spend an additional hours to see this case through to its final resolution, including the work

22  necessary to attend the hearing on final approval and to make sure the claims process is

23  properly carried out.

24      16.     TMLG focuses on complex civil litigation with an emphasis on employment

25  law, consumer protection, product liability, and civil rights class actions. The attorneys of

26  TMLG have extensive experience in class actions, collective actions, and other complex

27

DECLARATION OF ERIKA L. NUSSER IN SUPPORT OF
PLAINTIFFS' MOTION TO APPROVE ATTORNEYS'
FEES AND COSTS, AND SERVICE AWARDS - 3
CASE NO. 3:14-CV-05835-RJB

TERRELL MARSHALL LAW GROUP PLLC
936 North 34th Street, Suite 300
Seattle, Washington  98103-8869
TEL. 206.816.6603 • FAX 206.319.5450
www.terrellmarshall.com

1  matters. They have been appointed lead or co-lead class counsel in numerous cases at both the

2  state and federal level. They have prosecuted a variety of multi-million-dollar disputes

3  involving wage and hour, consumer fraud, and product defect issues. The defendants in these

4  cases have included companies such as Sakuma Brothers Farms, Inc., Wal-Mart, Microsoft,

5  Best Buy, Dell, Honda, Toyota, Sallie Mae, Comcast, ABM Industries, Inc., U.S. Bank, and

6  AT&T.

7       17.    TMLG has actively and successfully litigated consumer protection and product

8  liability class action lawsuits in Washington, California and throughout the United States.

9  TMLG is litigating or has recently settled the following consumer protection class actions:

- *Cavnar, et al. v. BounceBack, Inc.*—Filed in 2014 on behalf of
  Washington consumers who received false, misleading, and
  deceptive debt collection letters printed on the letter head of county
  prosecuting attorneys. TMLG worked to negotiate a class-wide
  settlement in 2016; final approval was granted in September 2016.

- *Jordan v. Nationstar Mortgage, LLC*—After a plaintiff class was
  certified by a Washington trial court, the action was removed to
  District Court in 2014. TMLG represents a class of homeowners who
  were improperly locked out of their homes by their mortgage lender.

- *Soto v. American Honda Motor Corporation*—Filed in 2012 on
  behalf of owners and lessees of 2008-2010 Honda Accords that
  consume motor oil at a much higher rate than intended, due to a
  systemic design defect. The case settled on a class-wide basis and
  final approval was granted in March 2014.

- *Smith v. Legal Helpers Debt Resolution LLC*—Filed in 2011 on
  behalf of consumers who were charged excessive fees for debt
  adjusting services in violation of Washington law. Class settlements
  were approved by the Court in December 2012 and December 2013.

- *Brown v. Consumer Law Associates LLC, et al.*—Filed in 2011 on
  behalf of consumers who were charged excessive fees for debt
  adjusting services in violation of Washington law. A class settlement
  was approved by the Court in 2013.

- *Bronzich, et al. v. Persels & Associates, LLC, et al.*—Filed in 2010
  on behalf of consumers who were charged excessive fees for debt

DECLARATION OF ERIKA L. NUSSER IN SUPPORT OF
PLAINTIFFS' MOTION TO APPROVE ATTORNEYS'
FEES AND COSTS, AND SERVICE AWARDS - 4
CASE NO. 3:14-CV-05835-RJB

TERRELL MARSHALL LAW GROUP PLLC
936 North 34th Street, Suite 300
Seattle, Washington  98103-8869
TEL. 206.816.6603 • FAX 206.319.5450
www.terrellmarshall.com

adjusting services in violation of Washington law. A class settlement was approved by the Court in 2013.

- *Milligan, et al. v. Toyota Motor Sales, Inc.*—Filed in 2009 on behalf of owners of 2001-2003 Toyota RAV4s containing defective Electronic Computer Modules, which cause harsh shifting conditions and permanent damage to the transmissions. TMLG worked to negotiate a nationwide class action settlement, and final approval was granted in January 2012.

- *Kitec Consolidated Cases*—Served as co-counsel in a national class action lawsuit against the manufacturers of defective hydronic heating and plumbing systems. The case settled for $125,000,000, and final approval was granted in 2011.

- *Seraphin v. AT&T Internet Services, Inc., et al.*—A multi-state class action filed in 2009 on behalf of AT&T internet customers who paid $20 a month or less for internet service and were assessed and Early Termination Fee when they cancelled service. A class settlement was approved by the Court in 2011.

17.   TMLG is litigating or has recently settled the following Telephone Consumer Protection Act class actions:

- *In re Capital One Telephone Consumer Protection Act Litigation*— Filed on behalf of consumers who received automated, prerecorded collection telephone calls on their cellular telephones without their prior express consent within the meaning of the Telephone Consumer Protection Act, 47 U.S.C. § 227 *et seq.* I served as court-appointed Interim Co-Lead Counsel; final approval of a $75,455,098.74 settlement was granted in February 2015.

- *In re Monitronics International, Inc. Telephone Consumer Protection Act Litigation*—Filed on behalf consumers who received automated, prerecorded solicitation telephone calls on their residential and business telephones without their prior express consent within the meaning of the Telephone Consumer Protection Act, 47 U.S.C. § 227 *et seq.*, the Washington Automatic Dialing and Announcing Device statute, RCW 80.36.400, and the Washington Consumer Protection Act, RCW 19.86 *et seq.* TMLG serves as co-lead counsel in the MDL.

- *Wilkins, et al. v. HSBC Bank Nevada, N.A., et al.*—Filed on behalf of individuals who alleged that HSBC made prerecorded calls using an

DECLARATION OF ERIKA L. NUSSER IN SUPPORT OF
PLAINTIFFS' MOTION TO APPROVE ATTORNEYS'
FEES AND COSTS, AND SERVICE AWARDS - 5
CASE NO. 3:14-CV-05835-RJB

automatic dialing system. The case settled on a class-wide basis in 2014 for $39,975,000, and final approval was granted in March 2015.

- *Ott, et al. v. Mortgage Investors Corporation*—Filed on behalf of consumers who received automated solicitation telephone calls on their cellular and residential telephones without their prior express consent within the meaning of the Telephone Consumer Protection Act, 47 U.S.C. § 227 *et seq.* TMLG negotiated a $7,483,600 class-wide settlement; final approval was granted in January 2016.

- *Abante Rooter and Plumbing, Inc., et al. v. Alarm.com Incorporated, et al.*—TMLG represents four classes of consumers who received automated solicitation telephone calls on their cellular and residential telephones without their prior express consent within the meaning of the Telephone Consumer Protection Act, 47 U.S.C. § 227 *et seq.* The case is pending in the United States District Court for the Northern District of California.

- *Booth, et al. v. AppStack, et al.*—TMLG represents a certified class of consumers who received automated, prerecorded solicitation telephone calls on their cellular telephones without their prior express consent within the meaning of the Telephone Consumer Protection Act, 47 U.S.C. § 227 *et seq.* The case settled on a class-wide basis in 2016 for $975,000, and final approval was granted in January 2017.

- *Joseph v. TrueBlue Inc., et al.*—Filed on behalf of consumers who received spam text messages on their cellular telephones without their prior express consent within the meaning of the Telephone Consumer Protection Act, 47 U.S.C. § 227 *et seq.* The case settled on a class-wide basis in 2016 for $5,000,000, and final approval was granted in March 2017.

- *Melito, et al. v. American Eagle Outfitters, Inc., et al.*—Filed on behalf of consumers who received spam text messages on their cellular telephones without their prior express consent within the meaning of the Telephone Consumer Protection Act, 47 U.S.C. § 227 *et seq.* The case settled on a class-wide basis in 2016 for $14,500,000, and was preliminarily approved in the United States District Court for the Southern District of New York in January 2017.

- *Ashack v. Caliber Home Loans*—Filed on behalf of consumers who received automated, prerecorded collection telephone calls on their cellular telephones without their prior express consent within the meaning of the Telephone Consumer Protection Act, 47 U.S.C. § 227

DECLARATION OF ERIKA L. NUSSER IN SUPPORT OF PLAINTIFFS' MOTION TO APPROVE ATTORNEYS' FEES AND COSTS, AND SERVICE AWARDS - 6
CASE No. 3:14-CV-05835-RJB

TERRELL MARSHALL LAW GROUP PLLC
936 North 34th Street, Suite 300
Seattle, Washington 98103-8869
TEL. 206.816.6603 • FAX 206.319.5450
www.terrellmarshall.com

1

*et seq.* TMLG worked to negotiate a nationwide settlement in 2016 for $2,895,000, and the approval process is pending.

2

3

- *Bee, Denning, Inc., et al. v. Capital Alliance Group, et al.*—TMLG represents two certified classes of consumers who received junk faxes and automated, prerecorded solicitation telephone calls on their cellular telephones without their prior express consent within the meaning of the Telephone Consumer Protection Act, 47 U.S.C. § 227 *et seq.* The case settled on a class-wide basis in 2016, and final approval was granted in November 2016.

4

5

6

7

- *Lushe, et al. v. Verengo, Inc.*—Filed on behalf of consumers who received automated, prerecorded solicitation telephone calls on their cellular and residential telephones without their prior express consent, within the meaning of the Telephone Consumer Protection Act, 47 U.S.C. § 227 *et seq.* The case settled on a class-wide basis in 2015 for $2,365,000, and final approval was granted in May 2016.

8

9

10

11

- *Rinky Dink, et al. v. World Business Lenders, LLC*—Filed on behalf of consumers who received automated, prerecorded solicitation telephone calls on their cellular telephones and Washington landlines without their prior express consent within the meaning of the Telephone Consumer Protection Act, 47 U.S.C. § 227 *et seq.*, the Washington Automatic Dialing and Announcing Device statute, RCW 80.36.400, and the Washington Consumer Protection Act, RCW 19.86 *et seq.* The case settled on a class-wide basis in 2015 for $1,000,000, and final approval was granted in May 2016.

12

13

14

15

16

17

- *Rinky Dink, et al. v. Electronic Merchant Systems, Inc., et al.*—Filed on behalf of consumers who received automated, prerecorded solicitation telephone calls on their cellular telephones and Washington landlines without their prior express consent within the meaning of the Telephone Consumer Protection Act, 47 U.S.C. § 227 *et seq.*, the Washington Automatic Dialing and Announcing Device statute, RCW 80.36.400, and the Washington Consumer Protection Act, RCW 19.86 *et seq.* The case settled on a class-wide basis in 2015 for $1,250,000, and final approval was granted in April 2016.

18

19

20

21

22

- *Taylor v. Universal Auto Group I*—Filed on behalf of consumers who received automated, prerecorded solicitation telephone calls on their cellular telephones without their prior express consent within the meaning of the Telephone Consumer Protection Act, 47 U.S.C. § 227 *et seq.* The case settled on a class-wide basis and final approval was granted in February 2016.

23

24

25

26

27

1

2

3

4
- *Gehrich v. Chase Bank USA*—Filed on behalf of consumers who received automated, prerecorded collection telephone calls on their cellular telephones without their prior express consent within the meaning of the Telephone Consumer Protection Act, 47 U.S.C. § 227 *et seq*. TMLG worked to negotiate a $34,000,000 nationwide settlement; final approval was granted in March 2016.

5

6

7

8
- *Chesbro v. Best Buy Stores, L.P.*—Filed on behalf of consumers who received automated, prerecorded solicitation telephone calls on their residential telephones without their prior express consent within the meaning of the Telephone Consumer Protection Act, 47 U.S.C. § 227 *et seq*. TMLG negotiated a $4.5 million settlement, which was granted final approval in September 2014.

9

10

11

12
- *Rose, et al. v. Bank of America Corp., et al.*—Filed on behalf of consumers who received automated, prerecorded collection telephone calls on their cellular telephones without their prior express consent within the meaning of the Telephone Consumer Protection Act, 47 U.S.C. § 227 *et seq*. TMLG worked to negotiate a nationwide settlement of $32,083,905, which was granted final approval in August 2014.

13

14

15

16

17
- *Steinfeld v. Discover Financial Services, et al.*—Filed on behalf of consumers who received automated, prerecorded collection telephone calls on their cellular telephones without their prior express consent within the meaning of the Telephone Consumer Protection Act, 47 U.S.C. § 227 *et seq*. TMLG negotiated an $8.7 million settlement, which was granted final approval in March 2014.

18

19

20

21
- *Hanley v. Fifth Third Bank*—Filed on behalf of consumers who received automated, prerecorded collection telephone calls on their cellular telephones without their prior express consent within the meaning of the Telephone Consumer Protection Act, 47 U.S.C. § 227 *et seq*. TMLG negotiated a $4.5 million settlement, which was granted final approval in December 2013.

22

23

24

25
- *Arthur v. Sallie Mae, Inc.*—Filed on behalf of consumers who received automated, prerecorded collection telephone calls on their cellular telephones without their prior express consent within the meaning of the Telephone Consumer Protection Act, 47 U.S.C. § 227 *et seq*. TMLG worked to negotiate a $24.15 million nationwide settlement, and final approval was granted in 2012.

26

27

18.     TMLG is litigating or has recently settled the following wage and hour class actions:

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

- *Romatka, et al. v. Brinker International Payroll Company, L.P., et al.*—Filed in 2013 on behalf of approximated 900 workers who alleged violations of Washington State wage and hour laws. The case settled on a class-wide basis, and final approval was granted in March 2015.

- *Newell v. Home Care of Washington, Inc., et al.*—TMLG represented a certified class of more than 400 in-home health care workers who alleged violations of state wage and hour laws. The case settled on a class-wide basis, and final approval was granted in January 2015.

- *Paz v. Sakuma Brothers Farms, Inc.*—Filed in 2013 on behalf of migrant and seasonal workers who alleged violations of Washington State wage and hours laws. A class-wide settlement was approved by the Court in December 2014.

- *Spencer v. FedEx Ground Package System, Inc.*—TMLG represents a certified class of current and former delivery drivers who allege violations of state wage and hour laws. The case was filed in 2014 in the King County Superior Court for the state of Washington. TMLG negotiated a $10.5 million settlement, and final approval was granted in December 2016.

- *Hill v. Xerox Business Services, LLC, et al., and Douglas v. Xerox Business Services, LLC, et al.*—TMLG represents two certified classes of current and former call center workers who allege violations of state and federal wage and hour laws. Both cases were filed in 2012 in the United States District Court for the Western District of Washington and have been stayed pending the outcome of appeals filed in the Ninth Circuit Court of Appeals.

- *Dickerson v. Cable Communications, Inc., et al.*—Filed in 2012 on behalf of approximately 500 individuals alleging their employer violated Oregon's wage and hour laws. Defendants' systematic scheme of wage and hour violations involved, among other things, failure to pay non-managerial installation technicians for all hours worked, including overtime.  The case settled on a class-wide basis, and final approval was granted in 2013.

- *Khadera v. ABM Industries, Inc.*—TMLG represented 337 employees who alleged violations of federal and state wage and hour laws. The case settled, and final approval was granted in 2012.

- *Simpson v. ABM Industries, Inc.*—TMLG represented a CR 23 class of approximately 6,800 employees who alleged Washington State

TERRELL MARSHALL LAW GROUP PLLC
936 North 34th Street, Suite 300
Seattle, Washington  98103-8869
TEL. 206.816.6603 • FAX 206.319.5450
www.terrellmarshall.com

wage and hour violations. The case settled in March 2012, and final approval of the settlement was granted in September 2012.

- *Barnett, et al. v. Wal-Mart Stores, Inc.*—Filed in 2001 on behalf of Washington employees alleging wage and hour violations by the country's largest private employer. After more than seven years of litigation, TMLG obtained a settlement of $35 million on behalf of a certified class of approximately 88,000 employees. That settlement was approved in July 2009.

- *McGinnity, et al. v. AutoNation, Inc., et al.*—TMLG represented a certified class of more than 500 employees who were denied earned vacation benefits. After nearly two years of litigation before an arbitrator, we obtained an award of $2.34 million on behalf of the class. We successfully defended the award on appeal, and the Washington Supreme Court denied Defendants' petition for review. A judgment in excess of $2,600,000 was satisfied in September 2009.

- *Ramirez, et al. v. Precision Drywall, Inc.*—TMLG represented a certified class of workers who alleged they were not paid for overtime work. The case was tried before a jury during a five-week period in 2010, and TMLG successfully obtained a judgment for the workers in excess of $4,000,000. TMLG continues to work on enforcing the judgment against multiple defendants.

19.     I am the lead attorney from TMLG in this case. I concentrate my practice in complex litigation, including the prosecution of consumer, wage and hour, and civil rights class actions. I have been actively involved in every aspect of dozens of class actions brought on behalf of consumers, employees, and others, and have recovered millions of dollars and obtained substantial injunctive relief for the represented groups.

20.     I received a double B.A., with distinction, from the University of Washington in 2005. In 2008, I received my J.D. from the University of San Francisco School of Law, graduating in the top 25%.

21.     I have tried and won cases in state and federal courts and have also successfully briefed and argued cases before the Ninth Circuit Court of Appeals and the Washington State Court of Appeals. In *Ramirez v. Precision Drywall, Inc.* (King County Superior Court), for example, I was appointed co-lead counsel for a certified class of 325 Washington employees.

DECLARATION OF ERIKA L. NUSSER IN SUPPORT OF PLAINTIFFS' MOTION TO APPROVE ATTORNEYS' FEES AND COSTS, AND SERVICE AWARDS - 10
CASE NO. 3:14-CV-05835-RJB

TERRELL MARSHALL LAW GROUP PLLC
936 North 34th Street, Suite 300
Seattle, Washington  98103-8869
TEL. 206.816.6603 • FAX 206.319.5450
www.terrellmarshall.com

1    After a five-week jury trial, we obtained a judgment of $4.1 million. That judgment was

2    affirmed by the Washington Court of Appeals.

3          22.      In *Smith v. JEM Group, Inc.*, 737 F.3d 636 (9th Cir. 2013), I served as co-lead

4    counsel on behalf of a proposed consumer class alleging defendants charged fees for debt

5    adjusting services in excess of those permitted by state consumer protection statutes. One

6    defendant appealed this Court's denial of a motion to compel arbitration, which was decided

7    post-*Concepcion*. I successfully briefed and argued the response before a Ninth Circuit panel,

8    which affirmed the denial of the motion to compel arbitration. Class settlements were approved

9    by this Court in December 2012 and December 2013.

10         23.      I have been repeatedly named to the annual Rising Star list (2013 – 2017) by

11   Washington Law & Politics Magazine.

12         24.      Our lodestar calculations are based on reasonable hourly rates. We set these

13   rates for attorneys and staff members based on a variety of factors, including among others: the

14   experience, skill and sophistication required for the types of legal services typically performed;

15   the rates customarily charged in the markets where the legal services are typically performed;

16   and the experience, reputation and ability of the attorneys and staff members. Indeed, courts in

17   Western Washington and California have approved fee requests by TMLG that were based on

18   these rates (or higher rates in place at the time of application). A sample of the federal and state

19   courts since 2008 that have approved TMLG's standard billing rates and reimbursement of

20   costs as reasonable are:

21              a.      July 2016, in *Paz v. Sakuma Brothers Farms, Inc.,* C13-01918 MJP

22   (W.D. Wash.) (approving rates up to $400/hour for TMLG attorneys);

23              b.      June 2016, in *Witschel v. IMCO General Construction, Inc., et al.,* Case

24   No. 13-2-00975-0 (Wash. Sup. Ct. Skagit County) (approving rates up to $400/hour for TMLG

25   attorneys);

26

27

1          c.      November 2015, in *Taylor v. Universal Auto Group I, Inc.,* C13-05245

2  KLS (W.D. Wash.) (approving rates up to $650/hour for TMLG attorneys);

3          d.      March 2015, in *Romatka, et al. v. Brinker Int'l. Payroll Company, L.P.,*

4  *et al.,* Case No. 13-2-14937-1 SEA (Wash. Sup. Ct. King County) (approving rates up to

5  $400/hour for TMLG attorneys);

6          e.      September 2014, in *Chesbro v. Best Buy Stores, L.P.,* C10-774 RAJ

7  (W.D. Wash.) (approving rates up to $650/hour for TMLG attorneys);

8          f.      April 2014, in *Wilbur, et al. v. City of Mount Vernon, et al.*, C11-1100

9  RSL (W.D. Wash.) (approving rates up to $375/hour for TMLG attorneys);

10          g.      November 2013, in *Brown v. Consumer Law Associates, LLC*, C11-0194

11  (E.D. Wash.) (approving rates up to $375/hour for TMLG attorneys);

12          h.      July 2013, in *Bronzich, et al. v. Persels & Associates, LLC*, C10-0364

13  (E.D. Wash.) (approving rates up to $375/hour for TMLG attorneys);

14          i.      January 2012, in *Milligan v. Toyota Motor Sales, U.S.A., Inc.,* C09-

15  05418 RS (N.D. Cal.) (approving rates up to $600/hour for TMLG attorneys);

16          j.      August 2011, in *Seraphin v. AT&T Internet Svcs*., CV-00131-REB (D.

17  Idaho) (approving rates up to $600/hour for TMLG attorneys);

18          k.      September 2010, in *Odom v. Microsoft Corp.*, Case No. 04-2-10618-4

19  SEA (Wash. Sup. Ct. King County) (approving rates up to $560/hour for TMLG attorneys);

20          l.      July 2009, in *Splater v. Thermal Ease Hydronic Systems, Inc.*, Case No.

21  03 2 33553-3 SEA (Wash. Sup. Ct. King County) (approving rates up to $560/hour for TMLG

22  attorneys); and

23          m.      July 2009, in *Barnett, et al. v. Wal-Mart Stores, Inc.*, Case No. 01-2-

24  24553-8 SEA (Wash. Sup. Ct. King County) (approving rates up to $560/hour for TMLG

25  attorneys).

26

27

DECLARATION OF ERIKA L. NUSSER IN SUPPORT OF
PLAINTIFFS' MOTION TO APPROVE ATTORNEYS'
FEES AND COSTS, AND SERVICE AWARDS - 12
CASE NO. 3:14-CV-05835-RJB

**TERRELL MARSHALL LAW GROUP PLLC**
936 North 34th Street, Suite 300
Seattle, Washington  98103-8869
TEL. 206.816.6603 • FAX 206.319.5450
www.terrellmarshall.com

25.      Class Counsel represented Plaintiffs and the Class on a contingency-fee basis. In taking this case, Class Counsel risked extensive costs, a potentially expensive trial, and lost opportunity costs due to the time needed to brief class certification and dispositive motions. Plaintiffs also faced the risk of losing a jury trial and the risk that any recovery could be delayed for years by an appeal.

26.      Class Counsel took special care to manage their time efficiently and to keep out-of-pocket costs to a minimum. Class Counsel cooperatively divided tasks to prevent duplication of efforts.

27.      The regular practice at TMLG is for all attorneys and staff to keep contemporaneous time records, maintained on a daily basis, and describing tasks performed in 0.1 hour increments. Firm policy requires all attorneys and staff to enter their time into an electronic timekeeping system on a daily basis.

28.      To date, TMLG's total lodestar is $386,003.00. The following chart sets forth the experience, rates, hours worked and work performed by each attorney and staff member at TMLG who contributed to litigating this case. These time summaries are taken from contemporaneous, daily time reports prepared and maintained by Terrell Marshall in the regular course of business.

| NAME AND POSITION | DESCRIPTION OF WORK PERFORMED | RATE | HOURS BILLED | TOTAL |
|---|---|---|---|---|
| **ATTORNEYS** | | | | |
| Erika L. Nusser Associate at Terrell Marshall Law Group PLLC since 2008. J.D. from Univ. of San Francisco School of Law, 2008 | Researched and analyzed various legal and factual issues; worked on case investigation; worked on amended complaints; worked on discovery requests and responses; worked on case strategy; worked on discovery correspondence; prepared for and participated in discovery conferences; worked on other discovery issues; worked on protective order; reviewed and | $350 | 753.9 | $263,865.00 |

| NAME AND POSITION | DESCRIPTION OF WORK PERFORMED | RATE | HOURS BILLED | TOTAL |
|---|---|---|---|---|
| | analyzed document production; worked on damages issues; worked on motion to compel; worked on subpoena; worked on motion to amend complaint; worked on motion to amend case schedule and send supplemental notice; prepared for and attended depositions; reviewed and analyzed deposition testimony; worked on motion for class certification; worked on response to motion to deny class certification; prepared for and argued class certification motion; worked on motion for summary judgment; prepared for and attended court hearings; worked on issues regarding class notice; worked on issues regarding class list and class data; analyzed issues regarding mediation; prepared for and attended mediation; worked on settlement issues and settlement agreement; worked on issues regarding settlement administration; worked on motion for preliminary approval. | | | |
| Beth E. Terrell<br><br>Partner at Terrell Marshall Law Group PLLC<br><br>J.D. from Univ. of California, Davis School of Law, 1995 | Worked on case strategy; analyzed legal issues; worked on discovery matters; worked on issues regarding class notice; worked on motion to compel class data; worked on issues regarding mediation; attended mediation session; worked on settlement issues. | $500 | 7 | $3,500.00 |

TERRELL MARSHALL LAW GROUP PLLC
936 North 34th Street, Suite 300
Seattle, Washington  98103-8869
TEL. 206.816.6603 • FAX 206.319.5450
www.terrellmarshall.com

| NAME AND POSITION | DESCRIPTION OF WORK PERFORMED | RATE | HOURS BILLED | TOTAL |
|---|---|---|---|---|
| Amanda M. Steiner Partner at Terrell Marshall Law Group PLLC J.D. from U.C. Berkeley School of Law, 1997 | Worked on case strategy and participated in phone conferences with counsel; worked on legal research; worked on summary judgment motion; worked on discovery correspondence; worked on motion to modify class definition, amend case schedule and send supplemental notice; worked on supporting declarations and proposed orders; worked on mediation brief; worked on issues regarding class damages analysis; worked on motion for preliminary approval of settlement agreement. | $495 | 54.4 | $26,928.00 |
| Blythe H. Chandler Associate at Terrell Marshall Law Group PLLC since May 2014. J.D. from Univ. of Washington School of Law, 2010 | Worked on case strategy; worked on joint discovery submission; worked on issues regarding class member data and analysis of same. | $325 | 4.6 | $1,495.00 |
| Samuel J. Strauss Associate at Terrell Marshall Law Group PLLC from 2013-2016 J.D. from Univ. of Washington School of Law, 2013 | Worked on case investigation; worked on factual and legal research; interviewed potential class members; worked on pleadings and memoranda; worked on correspondence to class members; worked on amended complaint; worked on representation agreements; worked on coordinating class representative depositions. | $200 | 40.5 | $8,100.00 |

TERRELL MARSHALL LAW GROUP PLLC
936 North 34th Street, Suite 300
Seattle, Washington  98103-8869
TEL. 206.816.6603 • FAX 206.319.5450
www.terrellmarshall.com

| NAME AND POSITION | DESCRIPTION OF WORK PERFORMED | RATE | HOURS BILLED | TOTAL |
|---|---|---|---|---|
| PARALEGALS/LEGAL ASSISTANTS | | | | |
| Jennifer J. Boschen<br><br>Senior Paralegal at Terrell Marshall Law Group PLLC<br><br>17 years legal experience | Worked on issues regarding document production; worked on data analysis; worked on case document database; worked on class list for notice mailing. | $150 | 26 | $3,900.00 |
| Eden B. Nordby<br><br>Paralegal at Terrell Marshall Law Group PLLC<br><br>11 years legal experience | Worked on motion for class certification and supporting declaration; worked on case management; worked on discovery responses; worked on plaintiffs' document production; reviewed defendant's document production; worked on document production management; worked on public records requests to government agencies; telephone conferences with class members regarding case status; worked on joint discovery submission; worked on subpoenas to third parties; worked on response to motion to deny class certification; worked on class certification notice mailings; worked on analysis of class member data; worked on damages calculations; worked on motion to compel and supporting documents; researched class member contact information; worked on class notice; worked on content for case website; worked on issues regarding depositions; worked on motion to amend case schedule and send supplemental notice; worked on correspondence; worked on issues regarding mediation; worked on settlement distribution calculations; worked with claims administrator on | $150 | 298.1 | $44,715.00 |

DECLARATION OF ERIKA L. NUSSER IN SUPPORT OF PLAINTIFFS' MOTION TO APPROVE ATTORNEYS' FEES AND COSTS, AND SERVICE AWARDS - 16
CASE NO. 3:14-CV-05835-RJB

TERRELL MARSHALL LAW GROUP PLLC
936 North 34th Street, Suite 300
Seattle, Washington  98103-8869
TEL. 206.816.6603 • FAX 206.319.5450
www.terrellmarshall.com

| NAME AND POSITION | DESCRIPTION OF WORK PERFORMED | RATE | HOURS BILLED | TOTAL |
|---|---|---|---|---|
| | settlement issues. | | | |
| Rachel E. Hoover<br><br>Paralegal at Terrell Marshall Law Group PLLC<br><br>11 years legal experience | Worked on correspondence to potential class members; worked on representation agreement; worked on amended complaint; worked on stipulated motion regarding supplemental class notice; finalized and served same. | $150 | 1.4 | $210.00 |
| Bradford Kinsey<br><br>Legal Assistant at Terrell Marshall Law Group PLLC<br><br>26 years legal experience | Worked on motions and supporting documents; worked on court filings; worked on discovery requests and responses; conducted skip trace searches for class member contact information; worked on pleadings and correspondence; worked on amended complaints and filing and service of same. | $100 | 54.9 | $5,490.00 |
| Holly M. Rota<br><br>Legal Assistant at Terrell Marshall Law Group PLLC<br><br>10 years legal experience | Worked on mailing correspondence to potential class members; worked on pleadings; worked on court filings; worked on correspondence to opposing counsel; worked on discovery requests and responses; served same; worked on courtesy copies of court filings for judge; worked on remailing undeliverable class notices; scheduled court reporters; worked on subpoenas and service of same; telephone conferences with class members regarding case status; worked on scheduling mediation. | $100 | 171.8 | $17,180.00 |

TERRELL MARSHALL LAW GROUP PLLC
936 North 34th Street, Suite 300
Seattle, Washington  98103-8869
TEL. 206.816.6603 • FAX 206.319.5450
www.terrellmarshall.com

| NAME AND POSITION | DESCRIPTION OF WORK PERFORMED | RATE | HOURS BILLED | TOTAL |
|---|---|---|---|---|
| Hannelore K. Ohaus Legal Assistant at Terrell Marshall Law Group PLLC from November 2012 – May 2017. | Worked on public records requests; worked on mailing correspondence to class members; reviewed and indexed document production; worked on third party production; worked on case website; worked on remailing undeliverable class notices; telephone conferences with class members regarding case status. | $75 | 19 | $1,425.00 |
| Megan Wildhood Legal Assistant at Terrell Marshall Law Group PLLC from March 2015 – October 2016. | Worked on document production database; worked on class member data management; worked on correspondence to potential class members; telephone conference with class member; worked on plaintiffs' document productions. | $75 | 56.6 | $4,245.00 |
| Amanda M. Nelson Legal Assistant at Terrell Marshall Law Group PLLC since March 2015. | Worked on tracking and remailing undeliverable class notices. | $50 | 73.5 | $3,675.00 |
| Samuel T. Levy Legal Assistant at Terrell Marshall Law Group PLLC since May 2015. | Worked on courtesy copies of court filings; worked on mediation materials; worked on correspondence to class members with state court judgments. | $100 | 8.5 | $850.00 |
| China E. Davis Legal Assistant at Terrell Marshall Law Group PLLC from February 2015 – April 2016. | Worked on letter to potential class members; worked on case investigation; managed client documents; telephone conferences with potential class members; worked on representation agreements. | $50 | 8.5 | $425.00 |
| TOTAL: | | | 1578.7 | $386,003.00 |

29.    Through the date of this submission, TMLG has reasonably and necessarily

incurred $34,519.19 in unreimbursed litigation expenses reasonably related to the prosecution

DECLARATION OF ERIKA L. NUSSER IN SUPPORT OF
PLAINTIFFS' MOTION TO APPROVE ATTORNEYS'
FEES AND COSTS, AND SERVICE AWARDS - 18
CASE NO. 3:14-CV-05835-RJB

of this case. These expenses are customarily charged to and paid by hourly clients. The following chart, which summarizes TMLG's litigation expenses, is taken from contemporaneous, documented expense records regularly prepared and maintained by our firm in the regular course of business.

| | |
|---|---|
| Class Notice Mailing | $14,269.57 |
| Computer Research  (Westlaw and Pacer) | $498.20 |
| Courier, Process Service & Postage | $1,594.74 |
| Meals | $174.78 |
| Mediation | $9,269.24 |
| Reproductions (scanning and copying) | $249.84 |
| Telephone | $12.00 |
| Depositions | $6,733.25 |
| Travel | $1,717.57 |
| **Total** | **$34,519.19** |

30.    Plaintiffs Dibb, Ovist, and Gondos assisted in drafting the complaints, providing information regarding their interactions with Defendant, responded to discovery, and sat for their depositions. Plaintiff Morgan assisted in drafting the complaint in the State Court Action and provided information regarding her interactions with Defendant.

I declare under the penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed in Seattle, Washington, this 2nd day of June, 2017.


By: /s/ Erika L. Nusser, WSBA #40854
Erika L. Nusser, WSBA #40854

DECLARATION OF ERIKA L. NUSSER IN SUPPORT OF
PLAINTIFFS' MOTION TO APPROVE ATTORNEYS'
FEES AND COSTS, AND SERVICE AWARDS - 19
CASE NO. 3:14-CV-05835-RJB

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

CERTIFICATE OF SERVICE

I, Erika L. Nusser, hereby certify that on June 2, 2017, I electronically filed the

foregoing with the Clerk of the Court using the CM/ECF system which will send notification of

such filing to the following:

David W. Silke, WSBA #23761
Email:  dsilke@gordonrees.com
Elizabeth K. Morrison, WSBA #43042
Email: emorrison@gordonrees.com
Email: shosey@gordonrees.com
GORDON & REES LLP
701 Fifth Avenue, Suite 2100
Seattle, Washington  98104
Telephone:  (206) 695-5100
Facsimile: (206) 689-2822

*Attorneys for Defendant*

DATED this 2nd day of June, 2017.

TERRELL MARSHALL LAW GROUP PLLC

By:   /s/ Erika L. Nusser, WSBA #40854
Erika L. Nusser, WSBA #40854
Email: enusser@terrellmarshall.com
936 North 34th Street, Suite 300
Seattle, Washington  98103
Telephone:  (206) 816-6603
Facsimile:  (206) 319-5450

*Attorneys for Plaintiffs and Class Members*

DECLARATION OF ERIKA L. NUSSER IN SUPPORT OF
PLAINTIFFS' MOTION TO APPROVE ATTORNEYS'
FEES AND COSTS, AND SERVICE AWARDS - 20
CASE NO. 3:14-CV-05835-RJB

TERRELL MARSHALL LAW GROUP PLLC
936 North 34th Street, Suite 300
Seattle, Washington  98103-8869
TEL. 206.816.6603 • FAX 206.319.5450
www.terrellmarshall.com