THE HONORABLE ROBERT J. BRYAN

U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| MARGARET DIBB, SHAUNA OVIST, and WENDY GONDOS on behalf of herself and on behalf of others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>ALLIANCEONE RECEIVABLES MANAGEMENT, INC.,<br><br>Defendant. | NO. 3:14-CV-05835-RJB<br><br>**DECLARATION OF COUNSEL IN SUPPORT OF AWARD OF ATTORNEYS' FEES AND COSTS BY LEEN & O'SULLIVAN, PLLC** |

1. I am an attorney and have been licensed to practice in the following jurisdictions on the indicated dates:

Admitted to the Washington State Bar Association (11/26/71)
United States Supreme Court (9/10/84)
United States Claims Court (9/5/84)
Ninth Circuit Court of Appeals (11/23/83)
Eighth Circuit Court of Appeals (3/5/91)
Seventh Circuit Court of Appeals (10-11-91)
United States District Court, Delaware (6/14/72)
United States District Court, Washington (11/71)
United States District Court, Eastern Dist. of Wisconsin (10/4/90)
Swinomish Tribal Bar Association (1994)

2. I retired from the practice of law in 2016 and have resigned from the Washington Bar. I have been engaged in the private practice of law here in the Seattle area between 1979 and 2016. During that time, I have focused a substantial majority of my practice on consumer

DEC OF COUNSEL IN SUPPORT OF AWARD OF ATTORNEYS' FEES AND COSTS BY LEEN & O'SULLIVAN, PLLC - 1
CASE NO. 3:14-CV-05835-RJB

TERRELL MARSHALL LAW GROUP PLLC
936 North 34th Street, Suite 300
Seattle, Washington 98103-8869
TEL. 206.816.6603 • FAX 206.319.5450
www.terrellmarshall.com

financing issues mainly in the class action context. All the work I did in this case was done when I was licensed.

3. I was also approved as class counsel in about 40 class actions, including, <u>Morgan v. Security Pacific Bank</u> (King County Superior Court); <u>Harris v. Beneficial Mortgage</u> (King County Superior Court); <u>Sant v. Household Mortgage</u> (Snohomish County Superior Court); and <u>Pagan v. Key Mortgage</u> (King County Superior Court); and <u>Peterson v. Norwest Mortgage</u> (King County Superior Court) which cases obtained injunctive relief and/or disgorgement of illegally charged fees, similar to the case at bar. Our firm has implemented approximately $10 million worth of class action settlements and judgments, and invalidated over $110 million of illegal debt.

4. Leen & O'Sullivan originally defended the debt collection case in state court and brought this case as an affirmative class action. The following table reflects the work done on the case by the firm:

| NAME AND POSITION | DESCRIPTION OF WORK PERFORMED | RATE | HOURS BILLED | TOTAL |
|---|---|---|---|---|
| David Leen<br>Partner | Conferences with clients; worked on factual issues; worked on complaint; worked on correspondence; and worked on case strategy issues. | $350 | 7.90 | $2,765.00 |
| Sam Leonard<br>Associate | Conferences with clients; researched and analyzed various legal and factual issues; worked on answer in collection action; worked on summary judgment in collection action; worked on case investigation; worked on complaint. | $300 | 55.98 | $16,794.00 |

DEC OF COUNSEL IN SUPPORT OF AWARD OF ATTORNEYS' FEES AND COSTS BY LEEN & O'SULLIVAN, PLLC - 2
CASE NO. 3:14-CV-05835-RJB

TERRELL MARSHALL LAW GROUP PLLC
936 North 34th Street, Suite 300
Seattle, Washington 98103-8869
TEL. 206.816.6603 • FAX 206.319.5450
www.terrellmarshall.com

| NAME AND POSITION | DESCRIPTION OF WORK PERFORMED | RATE | HOURS BILLED | TOTAL |
|---|---|---|---|---|
| Katy Box Associate | Researched and analyzed various legal and factual issues; worked on case investigation; worked on complaint and amended complaints; worked on discovery requests and responses; worked on case strategy; worked on discovery correspondence; prepared for and participated in discovery conferences; worked on other discovery issues; worked on response to motion to dismiss; worked on response to motion for summary judgment; worked on motion to amend complaint; prepared for and attended depositions; reviewed and analyzed deposition testimony; worked on motion for class certification. | $300 | 85.10 | 25,530.00 |
| Shannon Schulz Paralegal | Worked on answer in collection action; worked on summary judgment in collection action; worked on complaint; worked on response to motion for summary judgment; worked on pleadings and court filings; and worked on public records requests. | $90 | 24.95 | 2,227.50 |
| **TOTAL:** | | | 173.93 | $47,316.50 |

5. The time summarized above was recorded contemporaneously with the work done consistent with firm policy.

6. Leen & O'Sullivan has also incurred the following out-of-pocket costs:

| | |
|---|---|
| Long distance telephone charges and photocopies | $21.46 |
| Computer Research (Pacer) | $8.20 |
| Postage & Courier Services | $392.20 |
| Court reporter | $1,540.13 |
| **Total** | **$1,961.99** |

DEC OF COUNSEL IN SUPPORT OF AWARD OF ATTORNEYS' FEES AND COSTS BY LEEN & O'SULLIVAN, PLLC - 3
CASE NO. 3:14-CV-05835-RJB

TERRELL MARSHALL LAW GROUP PLLC
936 North 34th Street, Suite 300
Seattle, Washington 98103-8869
TEL. 206.816.6603 • FAX 206.319.5450
www.terrellmarshall.com

I swear under the penalties of perjury under the laws of the State of Washington that the foregoing statement is true.

   DATED this 1st day of June 1, 2017, at Seattle, Washington.

                              By: /s/ David Leen
                                  David A. Leen

DEC OF COUNSEL IN SUPPORT OF AWARD OF ATTORNEYS'
FEES AND COSTS BY LEEN & O'SULLIVAN, PLLC - 4
CASE NO. 3:14-CV-05835-RJB

**TERRELL MARSHALL LAW GROUP PLLC**
936 North 34th Street, Suite 300
Seattle, Washington 98103-8869
TEL. 206.816.6603 • FAX 206.319.5450
www.terrellmarshall.com

# CERTIFICATE OF SERVICE

I, Erika L. Nusser, hereby certify that on June 2, 2017, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

> David W. Silke, WSBA #23761
> Email:  dsilke@gordonrees.com
> Elizabeth K. Morrison, WSBA #43042
> Email: emorrison@gordonrees.com
> Email: shosey@gordonrees.com
> GORDON & REES LLP
> 701 Fifth Avenue, Suite 2100
> Seattle, Washington  98104
> Telephone:  (206) 695-5100
> Facsimile: (206) 689-2822

*Attorneys for Defendant*

DATED this 2nd day of June, 2017.

> TERRELL MARSHALL LAW GROUP PLLC
>
> By:  /s/ Erika L. Nusser, WSBA #40854
> Erika L. Nusser, WSBA #40854
> Email: enusser@terrellmarshall.com
> 936 North 34th Street, Suite 300
> Seattle, Washington  98103
> Telephone:  (206) 816-6603
> Facsimile:  (206) 319-5450

*Attorneys for Plaintiffs*

DEC OF COUNSEL IN SUPPORT OF AWARD OF ATTORNEYS' FEES AND COSTS BY LEEN & O'SULLIVAN, PLLC - 5
CASE NO. 3:14-CV-05835-RJB

TERRELL MARSHALL LAW GROUP PLLC
936 North 34th Street, Suite 300
Seattle, Washington  98103-8869
TEL. 206.816.6603 • FAX 206.319.5450
www.terrellmarshall.com